LOUIS F. MARQUIS *vs.* ROBAIN ARSENAULT.

Androscoggin County. Decided July 24, 1915. An action of assumpsit on account annexed to recover a balance of $228.80 for

55000 feet of logs sold to defendant at $10 per thousand. Plea, the general issue. The jury returned a verdict for the plaintiff for $147.37. Defendant filed general motion for a new trial. Motion overruled. *R. W. Crockett*, for plaintiff. *McGillicuddy & Morey*, for defendant.